No. 75–6443.  HARDWICK *v.* ANDERSON, SHERIFF, ET
AL.  C. A. 5th Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

No. 75–6447.  YOUNG *v.* WARDEN, MARYLAND PENI-
TENTIARY.  C. A. 4th Cir.  Certiorari denied.  ▮▮▮▮▮
▮▮▮▮▮▮▮

No. 75–6450.  BURAS *v.* CHEVRON OIL CO. ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 75–6455.  THOMPSON *v.* ZAHRADNICK, PENITEN-
TIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari
denied.

No. 75–6459.  OCHENKOWSKI *v.* A. Z. FORD, INC., ET
AL.  Super. Ct. N. J.  Certiorari denied.

No. 75–6472.  MCREYNOLDS *v.* ZAHRADNICK, PENI-
TENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari
denied.

No. 75–6473.  BISHOP *v.* WAINWRIGHT, SECRETARY,
DEPARTMENT OF OFFENDER REHABILITATIQN OF FLORIDA.
C. A. 5th Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

No. 75–6474.  FREEMAN *v.* TENNESSEE.  Sup. Ct.
Tenn.  Certiorari denied.

No. 75–6475.  TRAMMELL *v.* ALABAMA.  C. A. 5th Cir.
Certiorari denied.  ▮▮▮▮▮▮▮▮▮▮

No. 75–6476.  COOK *v.* GRAY, WARDEN.  C. A. 7th
Cir.  Certiorari denied.  ▮▮▮▮▮▮▮▮▮

No. 75–6482.  HARRISON, AKA PARNELL *v.* ILLINOIS.
Sup. Ct. Ill.  Certiorari denied.

No. 75–6485.  SHEELEY *v.* TEXAS.  Ct. Crim. App.
Tex.  Certiorari denied.  ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮